BRIAN L. MICHAELS, P.C.
Attorney At Law
259 East Fifth Avenue
Suite 300-D
Eugene, Oregon 97401
541.687.0578
FAX 686.2137

September 20, 2010

TO: BRIAN L. MICHAELS, P.C.
Attorney At Law
259 East 5th Avenue, Suite 300-D
Eugene, Oregon 97401

RE: **GRILL AND ALEXANDER v.**
CITY OF NEWPORT and LINCOLN COUNTY AS MUNICIPALITIES; OFFICER TIMOTHY ERIKSON and SGT. JASON MALLOY IN THEIR INDIVIDUAL CAPACITY AND AS POLICE OFFICIALS FOR THE CITY OF NEWPORT; and DEPUTY ERIC SORBY IN HIS INDIVIDUAL CAPACITY AND AS POLICE OFFICIAL FOR THE COUNTY OF LINCOLN.

CASE No.: 10-6277-AA

TO: **BRIAN L. MICHAELS, P.C., OSB #92560**

I acknowledge receipt of your request that I waive service of a summons in the action of GRILL AND ALEXANDER v. CITY OF NEWPORT and LINCOLN COUNTY; OFFICER TIMOTHY ERIKSON, SGT JASON MALLOY, and DEPUTY ERIC SORBY, **with docket number 10-6277-AA** filed in the United States District Court for the District of Oregon. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within 60 days after September 17, 2010.

_____  074690          10-1-10
**FOR DEP. ERIC SORBY**                    DATE

**BRIAN L. MICHAELS, P.C.**
Attorney At Law
259 East Fifth Avenue
Suite 300-D
Eugene, Oregon 97401
541.687.0578
FAX 686.2137

September 20, 2010

TO: **BRIAN L. MICHAELS, P.C.**
Attorney At Law
259 East 5th Avenue, Suite 300-D
Eugene, Oregon 97401

RE: **GRILL AND ALEXANDER v.**
CITY OF NEWPORT and LINCOLN COUNTY AS MUNICIPALITIES; OFFICER TIMOTHY ERIKSON and SGT. JASON MALLOY IN THEIR INDIVIDUAL CAPACITY AND AS POLICE OFFICIALS FOR THE CITY OF NEWPORT; and DEPUTY ERIC SORBY IN HIS INDIVIDUAL CAPACITY AND AS POLICE OFFICIAL FOR THE COUNTY OF LINCOLN.

CASE No.: 10-6277-AA

TO: **BRIAN L. MICHAELS, P.C., OSB #92560**

I acknowledge receipt of your request that I waive service of a summons in the action of GRILL AND ALEXANDER v. CITY OF NEWPORT and LINCOLN COUNTY; OFFICER TIMOTHY ERIKSON, SGT JASON MALLOY, and DEPUTY ERIC SORBY, **with docket number 10-6277-AA** filed in the United States District Court for the District of Oregon. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within 60 days after September 17, 2010.

_Ben UNL_  074690                              10-1-10
_____                  _____
**FOR LINCOLN COUNTY**                              DATE

Attorney At Law
259 East Fifth Avenue
Suite 300-D
Eugene, Oregon 97401
541.687.0578
FAX 686.2137

September 20, 2010

TO: BRIAN L. MICHAELS, P.C.
Attorney At Law
259 East 5th Avenue, Suite 300-D
Eugene, Oregon 97401

RE: **GRILL AND ALEXANDER v.**
CITY OF NEWPORT and LINCOLN COUNTY AS MUNICIPALITIES; OFFICER TIMOTHY ERIKSON and SGT. JASON MALLOY IN THEIR INDIVIDUAL CAPACITY AND AS POLICE OFFICIALS FOR THE CITY OF NEWPORT; and DEPUTY ERIC SORBY IN HIS INDIVIDUAL CAPACITY AND AS POLICE OFFICIAL FOR THE COUNTY OF LINCOLN.

CASE No.: 10-6277-AA

TO: **BRIAN L. MICHAELS, P.C., OSB #92560**

I acknowledge receipt of your request that I waive service of a summons in the action of GRILL AND ALEXANDER v. CITY OF NEWPORT and LINCOLN COUNTY; OFFICER TIMOTHY ERIKSON, SGT JASON MALLOY, and DEPUTY ERIC SORBY, **with docket number 10-6277-AA** filed in the United States District Court for the District of Oregon. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within 60 days after September 17, 2010.

_Ben Miller_   074690                   10-1-10
_____   _____
**FOR THE CITY OF NEWPORT**                   **DATE**

Attorney At Law
259 East Fifth Avenue
Suite 300-D
Eugene, Oregon 97401
541.687.0578
FAX 686.2137

September 20, 2010

TO: BRIAN L. MICHAELS, P.C.
Attorney At Law
259 East 5th Avenue, Suite 300-D
Eugene, Oregon 97401

RE: **GRILL AND ALEXANDER v.**
CITY OF NEWPORT and LINCOLN COUNTY AS MUNICIPALITIES; OFFICER TIMOTHY ERIKSON and SGT. JASON MALLOY IN THEIR INDIVIDUAL CAPACITY AND AS POLICE OFFICIALS FOR THE CITY OF NEWPORT; and DEPUTY ERIC SORBY IN HIS INDIVIDUAL CAPACITY AND AS POLICE OFFICIAL FOR THE COUNTY OF LINCOLN.

CASE No.: 10-6277-AA

TO: **BRIAN L. MICHAELS, P.C., OSB #92560**

I acknowledge receipt of your request that I waive service of a summons in the action of GRILL AND ALEXANDER v. CITY OF NEWPORT and LINCOLN COUNTY; OFFICER TIMOTHY ERIKSON, SGT JASON MALLOY, and DEPUTY ERIC SORBY, **with docket number 10-6277-AA** filed in the United States District Court for the District of Oregon. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within 60 days after September 17, 2010.

_____    _____
FOR SGT. JASON MALLOY                                          DATE

*[Signed: Ben M____ 074690]*   *[Date: 10-1-10]*

BRIAN L. MICHAELS, P.C.
Attorney At Law
259 East Fifth Avenue
Suite 300-D
Eugene, Oregon 97401
541.687.0578
FAX 686.2137

September 20, 2010

TO: BRIAN L. MICHAELS, P.C.
Attorney At Law
259 East 5th Avenue, Suite 300-D
Eugene, Oregon 97401

RE: GRILL AND ALEXANDER v. CITY OF NEWPORT and LINCOLN COUNTY AS MUNICIPALITIES; OFFICER TIMOTHY ERIKSON and SGT. JASON MALLOY IN THEIR INDIVIDUAL CAPACITY AND AS POLICE OFFICIALS FOR THE CITY OF NEWPORT; and DEPUTY ERIC SORBY IN HIS INDIVIDUAL CAPACITY AND AS POLICE OFFICIAL FOR THE COUNTY OF LINCOLN.

CASE No.: 10-6277-AA

TO: **BRIAN L. MICHAELS, P.C., OSB #92560**

I acknowledge receipt of your request that I waive service of a summons in the action of GRILL AND ALEXANDER v. CITY OF NEWPORT and LINCOLN COUNTY; OFFICER TIMOTHY ERIKSON, SGT JASON MALLOY, and DEPUTY ERIC SORBY, **with docket number 10-6277-AA** filed in the United States District Court for the District of Oregon. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within 60 days after September 17, 2010.

_Ben Mill_ 074690                              10-1-10
**FOR OFFICER TIMOTHY ERIKSON**                 **DATE**