BRIAN L. MICHAELS, PC
Attorney At Law
259 East Fifth Avenue
Suite 300-D
Eugene, Oregon 97401
541.687.0578
FAX 686.2137

September 20, 2010

TO: BRIAN L. MICHAELS, P.C.
Attorney At Law
259 East 5th Avenue, Suite 300-D
Eugene, Oregon 97401

RE: **GRILL AND ALEXANDER v.**
CITY OF NEWPORT and LINCOLN COUNTY AS MUNICIPALITIES; OFFICER TIMOTHY ERIKSON and SGT. JASON MALLOY IN THEIR INDIVIDUAL CAPACITY AND AS POLICE OFFICIALS FOR THE CITY OF NEWPORT; and DEPUTY ERIC SORBY IN HIS INDIVIDUAL CAPACITY AND AS POLICE OFFICIAL FOR THE COUNTY OF LINCOLN.

CASE No.: 10-6277-AA

TO: **BRIAN L. MICHAELS, P.C., OSB #92560**

I acknowledge receipt of your request that I waive service of a summons in the action of GRILL AND ALEXANDER v. CITY OF NEWPORT and LINCOLN COUNTY; OFFICER TIMOTHY ERIKSON, SGT JASON MALLOY, and DEPUTY ERIC SORBY, **with docket number 10-6277-AA** filed in the United States District Court for the District of Oregon. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within 60 days after September 17, 2010.

_____ 074690        10-1-10
**FOR DEP. ERIC SORBY**                  DATE

**BRIAN L. MICHAELS, P.C.**
Attorney At Law
259 East Fifth Avenue
Suite 300-D
Eugene, Oregon 97401
541.687.0578
FAX 686.2137

September 20, 2010

TO: **BRIAN L. MICHAELS, P.C.**
Attorney At Law
259 East 5th Avenue, Suite 300-D
Eugene, Oregon 97401

RE: **GRILL AND ALEXANDER v.**
CITY OF NEWPORT and LINCOLN COUNTY AS MUNICIPALITIES; OFFICER TIMOTHY ERIKSON and SGT. JASON MALLOY IN THEIR INDIVIDUAL CAPACITY AND AS POLICE OFFICIALS FOR THE CITY OF NEWPORT; and DEPUTY ERIC SORBY IN HIS INDIVIDUAL CAPACITY AND AS POLICE OFFICIAL FOR THE COUNTY OF LINCOLN.

CASE No.: 10-6277-AA

TO: **BRIAN L. MICHAELS, P.C., OSB #92560**

I acknowledge receipt of your request that I waive service of a summons in the action of GRILL AND ALEXANDER v. CITY OF NEWPORT and LINCOLN COUNTY; OFFICER TIMOTHY ERIKSON, SGT JASON MALLOY, and DEPUTY ERIC SORBY, **with docket number 10-6277-AA** filed in the United States District Court for the District of Oregon. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within 60 days after September 17, 2010.

_Ben MNLv 074690_                                 _10-1-10_
**FOR LINCOLN COUNTY**                                 DATE

Attorney At Law
259 East Fifth Avenue
Suite 300-D
Eugene, Oregon 97401
541.687.0578
FAX 686.2137

September 20, 2010

TO: BRIAN L. MICHAELS, P.C.
Attorney At Law
259 East 5th Avenue, Suite 300-D
Eugene, Oregon 97401

RE: **GRILL AND ALEXANDER v.**
CITY OF NEWPORT and LINCOLN COUNTY AS MUNICIPALITIES; OFFICER TIMOTHY ERIKSON and SGT. JASON MALLOY IN THEIR INDIVIDUAL CAPACITY AND AS POLICE OFFICIALS FOR THE CITY OF NEWPORT; and DEPUTY ERIC SORBY IN HIS INDIVIDUAL CAPACITY AND AS POLICE OFFICIAL FOR THE COUNTY OF LINCOLN.

CASE No.: 10-6277-AA

TO: **BRIAN L. MICHAELS, P.C.**, OSB #92560

I acknowledge receipt of your request that I waive service of a summons in the action of GRILL AND ALEXANDER v. CITY OF NEWPORT and LINCOLN COUNTY; OFFICER TIMOTHY ERIKSON, SGT JASON MALLOY, and DEPUTY ERIC SORBY, **with docket number 10-6277-AA** filed in the United States District Court for the District of Oregon. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within 60 days after September 17, 2010.

_____  074690    _____10-1-10_____
**FOR THE CITY OF NEWPORT**                    DATE

Attorney At Law
259 East Fifth Avenue
Suite 300-D
Eugene, Oregon 97401
541.687.0578
FAX 686.2137

September 20, 2010

TO: BRIAN L. MICHAELS, P.C.
Attorney At Law
259 East 5th Avenue, Suite 300-D
Eugene, Oregon 97401

RE: GRILL AND ALEXANDER v.
CITY OF NEWPORT and LINCOLN COUNTY AS MUNICIPALITIES; OFFICER TIMOTHY ERIKSON and SGT. JASON MALLOY IN THEIR INDIVIDUAL CAPACITY AND AS POLICE OFFICIALS FOR THE CITY OF NEWPORT; and DEPUTY ERIC SORBY IN HIS INDIVIDUAL CAPACITY AND AS POLICE OFFICIAL FOR THE COUNTY OF LINCOLN.

CASE No.: 10-6277-AA

TO: BRIAN L. MICHAELS, P.C., OSB #92560

I acknowledge receipt of your request that I waive service of a summons in the action of GRILL AND ALEXANDER v. CITY OF NEWPORT and LINCOLN COUNTY; OFFICER TIMOTHY ERIKSON, SGT JASON MALLOY, and DEPUTY ERIC SORBY, **with docket number 10-6277-AA** filed in the United States District Court for the District of Oregon. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within 60 days after September 17, 2010.

_____     _____
FOR SGT. JASON MALLOY             DATE

(signature) 074690                 10-1-10

BRIAN L. MICHAELS, P.C.
Attorney At Law
259 East Fifth Avenue
Suite 300-D
Eugene, Oregon 97401
541.687.0578
FAX 686.2137

September 20, 2010

TO: BRIAN L. MICHAELS, P.C.
Attorney At Law
259 East 5th Avenue, Suite 300-D
Eugene, Oregon 97401

RE: GRILL AND ALEXANDER v.
CITY OF NEWPORT and LINCOLN COUNTY AS MUNICIPALITIES; OFFICER TIMOTHY ERIKSON and SGT. JASON MALLOY IN THEIR INDIVIDUAL CAPACITY AND AS POLICE OFFICIALS FOR THE CITY OF NEWPORT; and DEPUTY ERIC SORBY IN HIS INDIVIDUAL CAPACITY AND AS POLICE OFFICIAL FOR THE COUNTY OF LINCOLN.

CASE No.: 10-6277-AA

TO: **BRIAN L. MICHAELS, P.C.**, OSB #92560

I acknowledge receipt of your request that I waive service of a summons in the action of GRILL AND ALEXANDER v. CITY OF NEWPORT and LINCOLN COUNTY; OFFICER TIMOTHY ERIKSON, SGT JASON MALLOY, and DEPUTY ERIC SORBY, **with docket number 10-6277-AA** filed in the United States District Court for the District of Oregon. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within 60 days after September 17, 2010.

_Ben Miller 074690_                                    _10-1-10_
FOR OFFICER TIMOTHY ERIKSON                                DATE