**Jens Schmidt, OSB #843417**
jens.schmidt@harrang.com
**Ben Miller, OSB #074690**
ben.miller@harrang.com
Harrang Long Gary Rudnick P.C.
360 East 10th Avenue, Suite 300
Eugene, OR 97401-3273
Telephone:    (541) 485-0220
Facsimile:    (541) 686-6564
Of Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **AMBER GRILL and IRENE ALEXANDER,** | Case No. 10-6277-AA |
| Plaintiffs, | **DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |
| vs. | |
| **CITY OF NEWPORT, et al.,** | **Pursuant to Fed. R. Civ. P. 37** |
| Defendants. | **ORAL ARGUMENT REQUESTED** |

**LR 7-1(a) AND FED. R. CIV. P. 37(a)(1) CERTIFICATION**

The undersigned counsel certifies that he has made a good faith effort through written correspondence, email correspondence, phone calls, and in person meetings with plaintiffs' counsel, in an effort to obtain discovery without court action, but has been unable to do so.

**MOTION**

Pursuant to Fed. R. Civ. P. 37, defendants move the court for an order as follows:

Page 1 – **DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

1. Requiring plaintiffs to produce the following documents:

    a. All medical records concerning the physical injuries and the mental suffering or conditions for which plaintiffs seek recovery of damages in this lawsuit;

    b. All medical bills or other records regarding any and all expenses paid by plaintiffs, or by anyone else on behalf of plaintiffs, including any insurance carrier, for injuries or conditions for which plaintiffs seek damages in this lawsuit;

    c. All medical records of prior examination or treatment for any physical injury or mental condition of a similar nature to those for which plaintiffs are seeking recovery in this lawsuit; and

    d. All documents which relate to criminal charges filed against plaintiffs at any time in their lives, including but not limited to, documents regarding arrests, prosecutions, convictions and incarcerations, including all records concerning the charges which were filed against plaintiffs as a result of the incident involved in this lawsuit.

2. Requiring plaintiffs to pay defendants' reasonable expenses incurred in making this motion, including attorney's fees.

This motion is supported by Defendants' Memorandum in Support of Motion to Compel Production of Documents, the Declaration of Ben Miller with attached exhibits, and the court's file.

DATED this 1st day of March, 2011.

        HARRANG LONG GARY RUDNICK P.C.

        By:    s/ Ben Miller
            Jens Schmidt, OSB #843417
            jens.schmidt@harrang.com
            Ben Miller, OSB #074690
            ben.miller@harrang.com
            Telephone:   (541) 485-0220
            Facsimile:    (541) 686-6564

        Of Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that on March 1, 2011, I served or caused to be served a true and complete copy of the foregoing **DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS** on the party or parties listed below as follows:

|   |   |
|---|---|
| __X__ | Via CM / ECF Filing |
| _____ | Via First Class Mail, Postage Prepaid |
| _____ | Via Email |
| _____ | Via Personal Delivery |

Brian Michaels
Attorney at Law
259 East Fifth Avenue, Suite 300-D
Eugene, OR 97401

Marianne Dugan
Attorney at Law
259 East 5th Avenue, Suite 200-D
Eugene, OR 97401

Attorneys for Plaintiffs

HARRANG LONG GARY RUDNICK P.C.

By: __s/ Ben Miller__
　　Jens Schmidt, OSB #843417
　　jens.schmidt@harrang.com
　　Ben Miller, OSB #074690
　　ben.miller@harrang.com
　　Telephone:　(541) 485-0220
　　Facsimile:　(541) 686-6564

　　Of Attorneys for Defendants

00303631.DOC;1

**CERTIFICATE OF SERVICE**